IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ZACARIAS MOUSSAOUI, )
)
        Plaintiff, )
)
vs. ) Case No. CIV-14-1201-M
)
FEDERAL BUREAU OF PRISONS, )
)
        Defendant. )

**ORDER**

On May 26, 2015, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that this action be dismissed without prejudice based upon plaintiff's failure to pay the filing fee or submit an application to proceed *in forma pauperis* as required and failure to show good cause for his failure to do so. Plaintiff was advised of his right to object to the Report and Recommendation by June 15, 2015. A review of the file reveals no objection has been filed.[1]

Upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 11] issued by the Magistrate Judge on May 26, 2015;
(2)     DENIES plaintiff's motion to appoint counsel [docket no. 12], and
(3)     DISMISSES this action without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED this 30th day of June, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On June 8, 2015, plaintiff filed a motion to appoint counsel. Upon review of plaintiff's motion, the Court finds plaintiff has not set forth a sufficient basis for the appointment of counsel in this case. The Court would also note that plaintiff does not address his failure to pay the filing fee or the Report and Recommendation in his motion to appoint counsel.